

Stefanie L. Shmil
212.915.5289 (direct)
Stefanie.Shmil@wilsonelser.com

April 23, 2024

**VIA ECF**
Honorable Jennifer Rochon
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Elie Khen, et al v. US Coachways, Inc., et al
               Docket No. 23-cv-10762-JLR
               Our File No. 25891.00001

Dear Honorable Judge Rochon,

We represent US Coachways, Inc. in the above-referenced matter. We respectfully write to advise the court that on the basis of our review of Plaintiffs' amended complaint it is US Coachways' position that mediation would be futile. In the interest of not wasting the Court's time, and our client's money, we respectfully request to be relieved of the obligation to attend mediation.

We thank the Court for its time and attention in this matter.

Given that mediation would not be productive at this time, the referral to mediation (ECF No. 19) is hereby withdrawn and the parties shall instead proceed through litigation of the action. If the parties determine that a referral in the future would be fruitful, they may so jointly request.

Dated: April 23, 2024
       New York, New York

      **SO ORDERED.**

      *Jennifer Rochon*
      **JENNIFER L. ROCHON**
      **United States District Judge**

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____
Celena R. Mayo
Stefanie L. Shmil
*Attorneys for Defendant US Coachways, Inc.*
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000
Fax: (212) 490-3038
Celena.Mayo@wilsonelser.com
Stefanie.Shmil@wilsonelser.com
Our File No. 25891.00001

*Via ECF*
Carl Zapffe
Held & Hines, LLP
*Attorneys for Plaintiffs*
622 Third Avenue, Suite 600
New York, New York 10017

295836014v.3

Deborah Blum
Deca Trust C/O Vulcan Inc.
505 Union Station
505 Fifth Avenue, Suite 900
Seattle, Washington 98104
deborahblum@gmail.com

295836014v.3