

**Stefanie L. Shmil**
212.915.5289 (direct)
Stefanie.Shmil@wilsonelser.com

May 3, 2024

**VIA ECF**
Honorable Jennifer Rochon
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Elie Khen, et al v. US Coachways, Inc., et al
             Docket No. 23-cv-10762-JLR
             Our File No. 25891.00001

Dear Honorable Judge Rochon,

We represent US Coachways, Inc. in the above-referenced matter. Pursuant to the parties' so-ordered discovery schedule, the parties were scheduled to exchange discovery demands today. However, in light that plaintiffs recently amended their complaint, defendant's time to respond to the amended complaint has not yet lapsed. Defendant also intends to file an answer and Fed. R. Civ. P. 12(c) motion to dismiss the amended pleadings. As such, defendant respectfully requests that the internal discovery dates be stayed pending the Court's order of defendant's Fed. R. Civ. P. 12(c) motion.

We thank the Court for its time and attention in this matter.

                                            **WILSON, ELSER, MOSKOWITZ,**
                                            **EDELMAN & DICKER LLP**

             By:   _____
                                       Celena R. Mayo
                                         Stefanie L. Shmil
                                         *Attorneys for Defendant US Coachways, Inc.*
                                         150 East 42nd Street
                                         New York, New York 10017
                                         Tel: (212) 490-3000
                                         Fax: (212) 490-3038
                                         Celena.Mayo@wilsonelser.com
                                         Stefanie.Shmil@wilsonelser.com
                                         Our File No. 25891.00001

<u>Via ECF</u>
Carl Zapffe
Held & Hines, LLP
*Attorneys for Plaintiffs*
622 Third Avenue, Suite 600
New York, New York 10017

Deborah Blum
Deca Trust C/O Vulcan Inc.
505 Union Station
505 Fifth Avenue, Suite 900
Seattle, Washington 98104
deborahblum@gmail.com

The motion to stay discovery is denied without prejudice. The Court cannot decide whether to stay discovery pending resolution of Defendant's anticipated Rule 12(c) motion until said motion is filed. *See Del Mar TIC I, LLC v. Bancorp Bank*, No. 23-cv-08999 (JLR), 2024 WL 1348501, at *1 (S.D.N.Y. Mar. 29, 2024) (in deciding whether to stay discovery, courts consider, among other factors, "the strength of the pending motion forming the basis of the request for stay" (citation omitted)). Defendant may renew its motion to stay discovery upon the filing of its Rule 12(c) motion.

Dated: May 6, 2024
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

296522717v.1