

Jenna A. Agatep
212.915.5298 (direct)
Jenna.Agatep@wilsonelser.com

May 13, 2024

**VIA ECF**

Honorable Jennifer Rochon
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Elie Khen, et al v. US Coachways, Inc., et al
               Docket No. 23-cv-10762-JLR
               Our File No. 25891.00001

Dear Honorable Judge Rochon,

We represent US Coachways, Inc. in the above-referenced matter. Pursuant to the parties' so-ordered discovery schedule, the parties were scheduled to exchange discovery demands today. However, in light of plaintiffs' recently filed Amended Complaint and recently filed Answer, defendant respectfully requests that the internal discovery dates be stayed pending the Court's order of defendant's Fed. R. Civ. P. 12(c) motion.

We thank the Court for its time and attention in this matter.

By **May 17, 2024**, Defendant shall submit a letter brief, not exceeding three pages, in support of their request to stay discovery. By **May 21, 2024**, Plaintiff shall submit a letter brief, not exceeding three pages, in response to Defendant's letter.

Dated: May 14, 2024
         New York, New York

**SO ORDERED.**

_/s/ Jennifer Rochon_
**JENNIFER L. ROCHON**
**United States District Judge**

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _____
Celena R. Mayo
Stefanie L. Shmil
Jenna A. Agatep
*Attorneys for Defendant US Coachways, Inc.*
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000
Fax: (212) 490-3038
Celena.Mayo@wilsonelser.com
Stefanie.Shmil@wilsonelser.com
Jenna.Agatep@wilsonelser.com
Our File No. 25891.00001

*Via ECF*
Carl Zapffe
Held & Hines, LLP
*Attorneys for Plaintiffs*
622 Third Avenue, Suite 600
New York, New York 10017

Deborah Blum
Deca Trust C/O Vulcan Inc.
505 Union Station
505 Fifth Avenue, Suite 900
Seattle, Washington 98104
deborahblum@gmail.com