UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

ELIE KHEN, DORON ORBACH, BEN'S INTERNATIONAL LUXURY TRANSPORTATION, LLC, HAGAR FINE, GAL HALEVI, WILLIAM ORANEK, and DANA HOLLAR SCHWARTZ, individually and on behalf others similarly situated,

        Plaintiffs,

- against -

US COACHWAYS, INC. and JOHN DOE NOS. 1-99 (the names being fictitious, said persons intended to be drivers for and employees of US COACHWAYS, INC. who refused to transport Plaintiffs and the putative class on or about November 14, 2023), and ABC CORPORATIONS 1-99 (the names being fictitious, said entities intended to be owners and/or operators of busses who refused to transport Plaintiffs and the putative class on or about November 14, 2023),

        Defendants.

------------------------------------------------------------------- X

Case No.
23-CV-10762 (JLR)

STIPULATION OF DISMISSAL WITHOUT PREJUDICE (AS TO US Bus Charter & Limo Inc. d/b/a US Coachways, s/h/a US COACHWAYS, INC.)

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiffs and Defendant US Bus Charter & Limo Inc. d/b/a US Coachways, s/h/a US COACHWAYS, INC. ("Coachways") that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (1) the above-captioned action is hereby dismissed without prejudice, without costs, disbursements, expenses, or attorneys' fees, <u>as to Coachways only</u>; (2) signatures to this Stipulation via facsimile or electronic transmission are sufficient to reflect the assent of the parties; and (3) this Stipulation may be filed with the Clerk of the Court without further notice.

Date: February 21, 2025
    New York, New York

SO ORDERED

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge

Dated: New York, New York
February 21, 2025

|  |  |
|---|---|
| **HELD & HINES LLP**<br>*Attorneys for Plaintiffs*<br><br>By: *[signature]*<br>Philip M. Hines<br>Marc J. Held<br>Carl E. Zapffe<br>Deborah J. Blum<br>4815 Avenue N<br>Brooklyn, New York 11234<br>T: (718) 531-9700<br>phines@heldhines.com<br>mheld@heldhines.com<br>czapffe@heldhines.com<br>deborahblum@gmail.com | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**<br>*Attorneys for Defendant US Bus Charter & Limo Inc. d/b/a US Coachways, s/h/a US COACHWAYS, INC.*<br><br>By: *[signature]*<br>Celena R. Mayo<br>Stefanie L. Shmil<br>Jenna A. Agatep<br>150 East 42nd Street<br>New York, New York 10017<br>T: (212) 490-3000<br>Celena.Mayo@wilsonelser.com<br>Stefanie.Shmil@wilsonelser.com<br>Jenna.Agatep@wilsonelser.com<br>File No. 25891.00001 |